IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CAMPBELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE PATRICT, et al. | : | NO. 16-cv-4021 |

ORDER

AND NOW, this 5th day of January 2017, after careful and independent consideration of James Campbell's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1), the Respondent's Answer to Petition for Writ of Habeas Corpus (Doc. No. 8), and review of the Report and Recommendation by United States Magistrate Judge Henry S. Perkin (Doc. No. 9), it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

3. A certificate of appealability shall not issue because reasonable jurists would not debate the correctness of this Court's ruling.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.